# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557−5600
Fax: (619) 702−9900

John Morrill, Acting Clerk of Court,
Clerk of Court

January 30, 2014

Clerk, U.S. District Court
Central District of California
255 East Temple Street
Los Angeles, CA 90012−3332

Re: Ann Fox v. Asset Acceptance, LLC, Case No. 3:13−cv−00922−DMS−BGS

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

                                                Sincerely yours,

                                                John Morrill, Acting Clerk of Court,
                                                Clerk of the Court

                                                By: s/ A. Finnell−Yepez, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF_____
AND ASSIGNED CASE NUMBER_____

                                        CLERK, U.S. DISTRICT COURT

By:_____, Deputy